IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02965-WYD-BNB

CHS, INC.,

Plaintiff,

v.

PETRONET, LLC, and
CHELSEA CONSULTING, INC.,

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before me on the **Stipulated Motion to Withdraw Motion to Quash Subpoenas to Atchley, Ossip, and Lezama** [docket no. 6, filed December 8, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the **Motion to Quash Subpoenas** [docket no. 1, filed December 7, 2010], is DENIED AS MOOT.

DATED: December 9, 2010